IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID D. DEBAUCHE,

    Plaintiff,

  v.

                                    Case No. 17-cv-454-wmc

WI DEPT. OF CORRECTIONS,
WARDEN M. DITTMAN, RUCK, M.
LEISER, L. WEBER, SECRETARY
MORGAN, NEUHAUSER, C.
O'DONNELL, ISAAC HART, C. JESS,
and HUNTER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 3/31/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |