IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID DE BAUCHE, plaintiff
v.

WI DEPT. OF CORR., et al, defendants

Notice of Appeal
Case Nos. 17CV454
AND
17CV524

    Notice is hereby given that DeBauche, plaintiff in the above named cases, hereby appeal to the United States Court of Appeals for the 7th Circuit from an order dismissing Case Nos. 17-CV-454 and 17-CV-524 without prejudice but also without leave to amend entered in these actions on the 31st day of March, 2021.

Dated: 07APR21

*David DeBauche*

DAVID DE BAUCHE, 498826
Columbia Corr. Inst.
Box 900
Portage, WI 53901